FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 20 2007
J.T. NOBLIN, CLERK
BY_____ DEPUTY

COMPLAINT

~~John Hale~~
Hale 24720
John
SmcI II PO Box 1419 Leakesville MS 39451

*(Enter above the full name of the plaintiff or plaintiffs and prisoner number of each plaintiff in this action)*

V.

CIVIL ACTION NUMBER: 1:07cv956LGRHW
*(to be completed by the Court)*

Harrison County
Board of Supervisors
1801 23rd Ave
Gulfport MS 39501

*(Enter above the full name of the defendant or defendants in this action)*

[more defendants added page]

Jury Trial Demanded

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?    Yes (✓)  No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: Harrison County et al # 103 cv 840
   State of MS et al # 206 cv 245

2. Court (if federal court, name the district; if state court, name the county): US Dist Court Southern Division and US Dist Court Hattisburg Div.

3. Docket Number: 103CV840    # 206CV245

4. Name of judge to whom case was assigned: Louis Guirola JR.    Keith Sturgut

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): Still Pending (Both.)

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: John Hale   Prisoner Number: #24720
   Address: SMCI II D2, #25
   PO Box 1419
   Leakesville MS 39451

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Harrison County Board of Supv.   is employed as _____ at 1801 23rd Ave Gulfport MS 39501

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF(S):

NAME: ~~Harrison Co~~   ADDRESS: ~~1801 23rd Ave Gulfport MS~~
~~Lewellyn Labave~~   ~~10451 Larkin Smith DR Gulfport MS~~
~~Sheriff George Payne~~   ~~10451 Larkin Smith DR Gulfport MS~~
~~Jr.~~

DEFENDANT(S): (Each Officaly and Indvidyly)

NAME: Harrison Co SRV.   ADDRESS: 1801 23rd Ave Gulfport MS
Sheriff George Payne   10451 Larkin Smith DR Gulfport MS
Officer Lewellyn Labave   10451 Larkin Smith DR Gulfport MS
Officer E. Tarpley #267   10451 Larkin Smith DR Gulfport MS
T.P. Willis   10451 Larkin Smith DR Gulfport MS
Morgan L Thompson   10451 Larkin Smith DR Gulfport MS
James Gaston   10451 Larkin Smith DR Gulfport MS

See Atteced Page

2

Defendants

Dixie Burtucie
Probation office
hymuse st
Biloxi ms

Rondalyn Rogers
10451 Larkin Smith DR
Gulfport ms ~~39505~~ 39501

Officer John Doe
10451 Larkin Smith DR
Gulfport MS 39501

Mississippi Enuity Insurance
    Company
Po Box 27904
Jackson ms 39621

John & Jane Does
Not Known at This
Time
10451 Larkin Smith DR
Gulfport MS 39501

## ADMINISTRATIVE REMEDIES PROGRAM

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes (✓)   No ( )

B. Are you presently incarcerated for a parole or probation violation?

Yes (✓)   No ( )

C. Did you present the facts relating to your complaint in the administrative or grievance procedure in your institution?

Yes ( )   No (✓)   NoNe Available

1. If you answer to C is yes,

   a. State the date your claims were presented: __N A__

   b. State how your claims were presented. (Written request, verbal request, request for forms)
   __N A__

   c. State the result of that procedure. (You must attach a copy of the final result, such as a certificate from the administrator of the Administrative Remedies Program stating that you have exhausted your administrative remedies.)
   __N A__

2. If you have not filed a grievance, state the reasons: __NoNe Avaliable for These violations__

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

This Claim is Based on (1983, 1986 Civil Conspricy 1985(2) Obstrution of Juistice and 1st Amendmet Inteferance of Access To The Courts I Learned for Sure That I had This Claim 2/6/2007 When I Recived The Docket Report from The Court, I have Prevously Been Dilignlty Trying To find out About This Claim See Statment of Facts,
I Also would Includ State Law Claims where Applical

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Demand, Jury Trial
1,000,000.00 for Compensary from each and all Defendants
1,000,000.00 for Punitive from each and all Defendants
Each In Their Individeal and Offical Capacitys, any State Law Relief Available

Signed this 11th day of July, 2007

John Hale
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

7/11/07
(Date)

John Hale
Signature of plaintiff(s)

4

## Statment of Facts,

(1) In June 2005 I Gave officer Labave a Reply To DR Comptons Motion for Summary Judgment with Exhibits and Affidavits I Syplied Two Stamped Addressed Envelops So officer Labave Could mail The Pleadings To The Court, The 2nd Envelop was for The Court To mail my hand copied Pleading To me at The Hinds County Resitityfion Center officer Labave Never Mailed it, Thus violaiting my Right of Access To The Court and (1985) Obstryting Justice.

(2) Officer T.P. Willis on July 15 The day I Returned To The Harrison County Jail From The Restitytion Center Took my legal Work as I Was being booked back in, T.P. Willis Obstruted my Access By Keeping my Legal Work from me for Approximaly five months officer willis Conspired with Booking officers E. Tarpley Badge #267, and Morgan L. Thompson To keep my legal Work from me Thus violaiting The Constitytion under Color of Law By Interfering With my Access To The Court and obstryting Justice

(3) at The end of July I Gave a Summary Judgment Reply for Riley, Rogers, TP.Willis,

(1)

Kenny Roger, Eddie Collins I Gave These pleadings To an officer who I only know as Even It Was Not mailed agin Obstruting Justice and my Access To The Court.

(4) James Gaston and Dixie Burtucie Conspired To have my Post Release Supervision Revocked In Retaliation for my Civil Action. Gaston had No other Reason To be at my Revocation Hearing But To Tell Dixie Burtucie About my Civil Suite, Dixie Burtucie had No Reason To Bring my Civil Action up To The court as it had Nothing To Do with my Being sent Back from The Restitution Center, I was Sent Back for Medical Reasons with The Recomondation from Comander Robins To be Released To Seek Treatment at The V.A, I Did Not violate any Rules and would Not have been Revoced The only Reason I was was Due To The agreement Between gaston and Burtucie. Violating my 1st Amendment Right of Access To The Court and obstructing justice under 1985(2)

(5) Sheriff Gorage Payne New of and Approved of The violations and obstructing

(2)

of Justice Sheroff George Payne was In The Conspricy with James Gaston To Keep me from The Courts, he violated my Rights under 1985(2) As was The Custom at The Jail,

(6) Rhondalyn Rogers Retaleated aginst Me For My Civil Action Against here on 7,21,06 MS Rogers Refused To Submitt my Completion OC The Good News Bible Study Corespondance Corse To MDOC for The Eligabily OC MET Time, her only Motive in This Denial was To Retalate for my Civil Action Aginst her it's Not her decesion as to wether I earn MET Time its The MDOC who decides Not MS Rogers See SOP. No 15-03-01 MDOC Policy and Statue 47-5-142, MS Rogers Retaliation violates The 1st Amendment of The Constutition,

(7) The Harrison County Board oC Supervisors have known about The violations at The Jail for years as its Been The Custom and Practice at The Jail To Not Provide Adequate Medical Care, obstruct Access To The Courts By Taking oF Leggal work and

(3)

Not Mailing my Pleadings To The Court. The Defendants have aided and abeted Each other Causing The Counstitutional violations At The Jail To Persit for years They were wide spread Abuses That spread Throughout The Whole sheriffs Department Theres been a High degree of Plubricity Concerning The Jail The Board of Supervioser had Knowledge of The Abuses at The Jail yet Remained Deliberatly Indifferant,

My Claim is Forward looking and Backward looking The violations of my Rights have Been ongoing and Continying The Fruads & Conspircys of The Defendants, The NOT mailing of my Pleadings have violated my Right of Access The The Court, Each Named Defendant Above agreed To and did Interfere with my Access To The Courts and Caused Injury To my underling Claims The Cover up In Fact Presudiced my Ability To Seek redress, They Acted with Deliberet Intent To Thwart vindication of my Rights

The Frauds and Conspircys under 1985 (2) To Deny me Access The The Court Toll The Statue of limitaions, The Fact That The violations have Been Continying and on going Toll The Statue of Limitations my Access To The Court Was Impeaded Before I filed my Claim and

4

And all During The Pursuite of said Claim Rhonda Lyn Rogers Retaleated aginst me In 2006 continuing To violate my Right To Access; The Conspicy of Gaston & Dixie Bartyite Are affecting me This Vary minite. I would NOT Be here if Not for There Retaitory Actions As Judge Who was going To Release me To seek Treatment at The V. A Hospital

The Harrison County Sheriffs Dept Ryals & Close, and To Grandstaff as The whole Dept has Run amuck for years and have gotten away with it I am Surprised That Thay hadnt killed some one Before Jessie L. Williams

The Consent Order Required The Defendants To Improve Access To The Courts But Instead The Denied me and many other Pro-se Inmates like me Access To The Court By Taking of Legal Pleadings and Not Mailing Them To The Court.

Respectfully Submitted Under Penalty of Purjury This The 11th day of July 2007 By John Hale
John Hale # 24720

5