In The United States District Court
For The Southern District Of Mississippi
Southern Division

AUG 13 2007
J.T. NOBLIN, CLERK

John Hale                                    Plaintiff
v                          No: 1 07 Cv 956 LG RHW
Harrison Co, et.al.                         Defendants

## Amedment

Comes now John Hale in Good faith and Amends his Complaint To Add Defendants

### I

Plaintiff Keeps All Aligtions and Relief in The orginal Claim and Adds Rynn Teel and Health Assureance Rynn Teel In his Capecity as Booking Sargent Conspired With V.P. Wills and Defendant Gaston To Keep Plaintiffs Legal Work in Booking So Thay Could Injure My Civil Action and Defeat My Claim

Health Assurance Conspirtor/ Acts of Covering for Defendants use of Force By Not Documenting Injurys in The medical Records and Allowing These Violgtions To be ongoing and Contiuing Furthing The other Defendants Conpircys.

(1)

Plaintiff Seeks $1000,000 Individualy and Officaly from Rynn Teel and Health Assurance. Plaintif Seekes $1000 000 Compensary and $1000000 Punitive

Plaintiff Keeps All Defendants and Relief Sought The Same in The orginal Complaint and Adds Rynn Teel and Health Assurance under 1983 and 1985 (2)

Respetfuly Submitted This The 9th day of Aug 2007

By John Hale #24720

Pro-Se

Certificit of Service

I have Caused via US Mail a copy of The forgoing To

Clerks office
US District Court
2012 15th St #403
Gulfport MS 39501

Signed This The 9th day of Aug 2007 By John Hale #24720

Pro-Se